UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>LAURINA KIM BUKOVICS | ) | BK No.: 15-38069 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| LAURINA KIM BUKOVICS<br>Debtor(s) | ) | Adv. No.: 17-00186 |
| NAVIENT,<br>Plaintiff(s) | ) | |
| Defendant(s) | ) | |

## ORDER GRANTING EDUCATIONAL CREDIT MANAGEMENT CORPORATION LEAVE TO INTERVENE

THIS CAUSE coming before the Court on the Motion of Interested Party, Educational Credit Management Corp., to Intervene as a Proper Party Defendant, due notice given, and the Court being fully advised, IT IS HEREBY ORDERED:
Educational Credit Management Corp. is granted leave to intervene in this matter as the proper party defendant as guarantor of the student loan specified in its Motion to Intervene, and is granted leave to file its Answer to the Complaint instanter.

ECMC shall produce for Plaintiff all notes and other evidence of what it claims the Debtor owes on or before June 20, 2017.

This matter is set for a Status Hearing on June 30, 2017 at 10:30 a.m.

ECMC shall answer the Complaint on or before May 31, 2017.

Enter:

J. Cox    *Jacqueline P. Cox*
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5/18/17

**Prepared by:**
Saskia Nora Bryan (ARDC No. 06188755)
Latimer LeVay Fyock LLC
55 W. Monroe St. Ste. 1100
Chicago IL 60603

Rev: 20170308_apo

17 AP 00186
In re Laurina Kim Bukovics v. Navient

## CERTIFICATE OF SERVICE

I, Alex Dragonetti certify that on May 18, 2017, I caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Relief Courtroom Deputy

### Electronic Service through CM/ECF System

Saskia Nora Bryan
Latimer LeVay Fyock LLC
55 W. Monroe St. Ste. 1100
Chicago, IL 60603

Mark E. Shure
Latimer LeVay Fyock LLC
55 W. Monroe St. Ste. 1100
Chicago, IL 60603

### First Class Mail

Navient
P.O. Box 9500
Wilkes-Barre, PA 18773-9500

Laurina Kim Bukovics
818 W. Webster
#1E
Chicago, IL 60614

Laurina Kim Bukovics
185 N. Marion Street
Oak Park, IL 60301