## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| Laurina Kim Bukovics, <br><br> Debtor. | Case No. 15 B 38069 <br> Chapter 7 |
| Laurina Kim Bukovics, <br><br> Plaintiff, <br><br> v. <br><br> Navient, <br><br> Defendant. | Adv. No. 17 A 186 <br><br> Hon. Jack B. Schmetterer <br><br> Trial Date: May 7, 2018 |

### PLAINTIFF'S TRIAL WITNESS

Plaintiff hereby gives notice that her only witness at the trial set in this matter shall be herself, Laurina Bukovics. Plaintiff will testify in her direct testimony on the following subjects: her college education and post-college education and certifications; the origin of her student loans; payments made on the student loans; forbearances, deferments, and payment plan obtained for her student loans (and the circumstances concerning each); her current employment status; her expected expenditures; and her lack of retirements savings.

Dated: April 23, 2018

/s/ William J. Barrett
WILLIAM J. BARRETT
Barack Ferrazzano Kirschbaum &
Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606-3465
Phone: (312) 629-5170
Facsimile: (312) 984-3150
E-mail: william.barrett@bfkn.com

Counsel to Laurina Kim Bukovics

## CERTIFICATE OF SERVICE

      I, William J. Barrett, an attorney, hereby certify that on April 23, 2018, a true and correct copy of the **PLAINTIFF'S TRIAL WITNESS**, was duly served from the Court's ECF system on all parties receiving electronic notification in this case as listed on the Electronic Mail Notice List below.

                                                                                                _/s/ William J. Barrett_

## Mailing Information for Case 17-00186

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com;gregory.demo@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;william-barrett-bfkn-3622@ecf.pacerpro.com
- Saskia N Bryan    sbryan@llflegal.com