# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| Laurina Kim Bukovics, | ) | |
| Debtor. | ) | Case No. 15 B 38069 |
| | ) | Chapter 7 |
| | ) | |
| Laurina Kim Bukovics, | ) | |
| Plaintiff, | ) | Adv. No. 17 A 186 |
| v. | ) | |
| | ) | Hon. Jack B. Schmetterer |
| Navient, | ) | |
| Defendants. | ) | |

## DEFENDANT'S TRIAL WITNESS

Defendant, Educational Credit Management Corporation ("ECMC"), by its undersigned attorneys, hereby gives notice of its intent to call the following witnesses in the trial of this cause:

1. Plaintiff, Laurina Kim Bukovics. Ms. Bukovics is anticipated as an adverse witness who will testify about her current financial condition and employment, her past employment, earnings, schooling, experience, and marketable skills, the amount of student debt that she owes, her attempts to repay the debt, the current circumstances of her life and their impact on her anticipated earnings, and her past, current, and expected future expenses.

Respectfully submitted,

Educational Credit Management Corporation,
Defendant

By:   /s/ Saskia Nora Bryan
       One of its Attorneys

**Mark E. Shure, ARDC No. 06188755**
**Saskia Nora Bryan, ARDC No. 06255682**
**LATIMER LeVAY FYOCK LLC**
55 W. Monroe Street, Suite 1100
Chicago, Illinois  60603

(312) 422-8000
(312) 422-8001 (fax)

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 23, 2018, the foregoing Defendant's Trial Witness disclosure was filed via the U.S. Bankruptcy Court for the Northern District of Illinois CM/ECF electronic document filing system, which will serve notice thereof upon the following parties and attorneys of record:

>*Attorney for Plaintiff*
>William J. Barrett - william.barrett@bfkn.com


>/s/ Saskia Nora Bryan