# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Laurina Kim Bukovics,<br><br>                      Debtor. | Chapter 7<br>Bankruptcy No. 15 BK 38069<br>Honorable Judge Jack B. Schmetterer |
| Laurina Kim Bukovics,<br><br>                      Plaintiff,<br><br>      v.<br><br>Navient,<br><br>                      Defendant. | Adversary No. 17 AP 00186 |

## AMENDED JUDGMENT ORDER

For reasons articulated in the accompanying Memorandum Decision entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT the debt owed by Plaintiff to Educational Credit Management Corporation is discharged under 11 U.S.C. § 523(a)(8).

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 25th day of February, 2020